HELEN M. EAGAN *v.* HARRY J. DOUGLAS.

October Term, 1934.

Present: POWERS, C. J., SLACK, MOULTÔN, THOMPSON, and SHERBURNE, JJ.

Opinion filed November 7, 1934.

*Fenton, Wing & Morse* for the defendant.

*James P. Leamy* and *Christopher A. Webber* for the plaintiff.

SHERBURNE, J.   This is an action of negligence, which was tried below and heard here with the case of *Donald Eagan*, by next friend, v. *Harry J. Douglas, ante* page 10, 175 Atl. 922, and involves the same exceptions.   Our opinion in that case determines all questions raised in this case.

*Judgment reversed, and judgment for the defendant to recover his costs.*